| | |
|---|---|
| 1 | GLENN E. WESTREICH (State Bar No. 100457) |
| | gwestreich@nixonpeabody.com |
| 2 | PATRICK T. MICHAEL (State Bar No. 169745) |
| | pmichael@nixonpeabody.com |
| 3 | BETH L. MITCHELL (State Bar No. 187460) |
| | bmitchell@nixonpeabody.com |
| 4 | NIXON PEABODY LLP |
| | Two Embarcadero Center, Suite 2700 |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 984-8200 |
| 6 | Facsimile: (415) 984-8300 |
| 7 | Attorneys for Plaintiff |
| | CNET NETWORKS, INC. |
| 8 | |
| | MANATT, PHELPS & PHILLIPS, LLP |
| 9 | BRUCE MCCUBBREY (Bar No. CA 038817) |
| | E-mail: bmccubbrey@manatt.com |
| 10 | MICHELLE GILLETTE (Bar No. CA 178734) |
| | E-mail: mgillette@manatt.com |
| 11 | OMAIR M FAROOQUI (Bar No. CA 207090) |
| | E-mail: OFarooqui@manatt.com |
| 12 | IMRAN A. KHALIQ (Bar No. CA 232607) |
| | E-mail: ikhaliq@manatt.com |
| 13 | 1001 Page Mill Road, Building 2 |
| | Palo Alto, CA 94304-1006 |
| 14 | Telephone: (650) 812-1300 |
| | Facsimile: (650) 213-0260 |
| 15 | |
| | Attorneys for Defendant |
| 16 | ETILIZE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC., | Case No. C 06 5378 |
| Plaintiff, | **STIPULATION EXTENDING THE DATE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| ETILIZE, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 6-1 and the agreement of the parties, it is stipulated and agreed that Defendant Etilize, Inc. shall have up to and including February 7, 2007 to answer or otherwise

respond to Plaintiff CNET Networks, Inc.'s Complaint for Patent Infringement.

**IT IS SO STIPULATED.**

DATED: January 3, 2007

NIXON PEABODY LLP

By: _____
Glenn E. Westreich
Patrick T. Michael
Beth L. Mitchell

Attorneys for CNET Networks, Inc.

DATED: January 3, 2007

Manatt, Phelps & Phillips, LLP

By: _____
Omair M. Farooqui
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, California 94304
Direct Phone: 650-251-1430
Direct Fax: 650-461-0315

Attorneys for Etilize, Inc.

20172742.1

**IT IS SO ORDERED**
Judge Marilyn H. Patel
01/04/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA