GLENN E. WESTREICH (State Bar No. 100457)
gwestreich@nixonpeabody.com
PATRICK T. MICHAEL (State Bar No. 169745)
pmichael@nixonpeabody.com
BETH L. MITCHELL (State Bar No. 187460)
bmitchell@nixonpeabody.com
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Plaintiff
CNET NETWORKS, INC.

MANATT, PHELPS & PHILLIPS, LLP
BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
E-mail: mgillette@manatt.com
OMAIR M FAROOQUI (Bar No. CA 207090)
E-mail: OFarooqui@manatt.com
IMRAN A. KHALIQ (Bar No. CA 232607)
E-mail: ikhaliq@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Defendant
ETILIZE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ETILIZE, INC.,<br><br>　　　　Defendant. | Case No. C 06 5378<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Pursuant to Civil L.R. 6-2 and 7-12, the parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

1  WHEREAS, Plaintiff CNET Networks, Inc. ("CNET") filed its Complaint for Patent Infringement against Etilize, Inc. ("Etilize") on August 31, 2006;

3  WHEREAS, pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Court set the Initial Case Management Conference ("CMC") for January 8, 2007 and the last day to meet and confer prior to the CMC for December 18, 2006;

6  WHEREAS, the last day for CNET to serve the Complaint for Patent Infringement on Etilize was December 29, 2006;

8  WHEREAS, CNET served the Complaint on Etilize on December 19, 2006;

9  WHEREAS, because the Complaint was not served on Etilize until December 19, 2006, several deadlines in the Case Schedule, such as the last day to meet and confer prior to the CMC, could not be met;

12  WHEREAS, the parties have stipulated to extend the time for Etilize to answer or otherwise respond to the Complaint up to and including February 7, 2007;

14  WHEREAS, because the parties have stipulated to extend the time for Etilize to answer or otherwise respond to the Complaint up to and including February 7, 2007, the January 8, 2007 CMC date is not practical;

17  WHEREAS, the parties have agreed to continue the current Case Schedule for 90 days given the date of service of the Complaint on Etilize;

19  WHEREAS, there have been no previous modification to the Case Schedule;

20  WHEREAS, a continuation of the dates set forth in the Case Schedule will not affect the current case schedule beyond the CMC as no other dates have been scheduled; and

22  WHEREAS, the parties respectfully request that the Court adopt the following schedule:

| CURRENT SCHEDULE | **PROPOSED SCHEDULE** | EVENT/LAST DAY | GOVERNING RULE |
|---|---|---|---|
| December 18, 2006 | **March 26, 2007** | Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |

| | | File ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
|---|---|---|---|
| | | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| January 2, 2007 | **April 9, 2007** | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| January 8, 2007 | **April 16, 2007** | INITIAL CASE MANAGEMENT CONFERENCE (CMC) | Civil L.R. 16-10 |

**IT IS SO STIPULATED.**

DATED: January 3, 2007

NIXON PEABODY LLP

By: /s/
Glenn E. Westreich
Patrick T. Michael
Beth L. Mitchell

Attorneys for CNET Networks, Inc.

DATED: January 3, 2007

Manatt, Phelps & Phillips, LLP

By: /s/
Omair M. Farooqui
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, California 94304
Direct Phone: 650-251-1430
Direct Fax: 650-461-0315

Attorneys for Etilize, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 4, 2007

_____
The Hon. Marilyn Hall Patel

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

20172740.1

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE
CASE NO. C 06 5378