```
 1  GLENN E. WESTREICH (Bar No. 100457)
    gwestreich@nixonpeabody.com
 2  PATRICK T. MICHAEL (Bar No. 169745)
    pmichael@nixonpeabody.com
 3  MARCIE A. KEENAN (Bar No. 177939)
    mkeenan@nixonpeabody.com
 4  NIXON PEABODY LLP
    Two Embarcadero Center, Suite 2700
 5  San Francisco, CA 94111
    Telephone: (415) 984-8200
 6  Facsimile: (415) 984-8300

 7  Attorneys for Plaintiff
    CNET NETWORKS, INC.
 8
    MANATT, PHELPS & PHILLIPS, LLP
 9  BRUCE MCCUBBREY (Bar No. 038817)
    E-mail: bmccubbrey@manatt.com
10  MICHELLE GILLETTE (Bar No. 178734)
    E-mail: mgillette@manatt.com
11  OMAIR M FAROOQUI (Bar No. 207090)
    E-mail: OFarooqui@manatt.com
12  MANATT, PHELPS & PHILLIPS, LLP
    1001 Page Mill Road, Building 2
13  Palo Alto, CA  94304-1006
    Telephone:  (650) 812-1300
14  Facsimile:  (650) 213-0260

15  Attorneys for Defendant
    ETILIZE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CNET NETWORKS, INC., | Case No. C 06-05378 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING LEAVE FOR DEFENDANT ETILIZE, INC. TO FILE AMENDED COUNTERCLAIM** |
| vs. | |
| ETILIZE, INC., | Civ. L.R. 6-2 |
| Defendant. | |

Pursuant to Civil L.R. 7-12, the parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

WHEREAS, Defendant Etilize, Inc. ("Etilize") filed its Counterclaims against CNET Networks, Inc. ("CNET") and CNET Channel on February 7, 2007;

WHEREAS, the parties met and conferred regarding Etilize's Counterclaim;

WHEREAS, following the meet and confer, the parties agree that it is appropriate for Etilize to file an Amended Counterclaim which will render the original Counterclaim moot;

WHEREAS, the parties have previously stipulated to continue the following dates:

1. The date on which Etilize must respond to the Complaint and the Initial Case Management conference to take place because the Complaint was not served on Defendant Etilize until December 19, 2006,

2. The date on which CNET must respond to Etilize's original counterclaim, from March 2, 2007 to March 16, 2007;

WHEREAS, the parties agree that CNET does not have to respond to Etilize's original Counterclaim since an Amended Counterclaim will be filed; and

WHEREAS, the parties agree that Etilize will file its Amended Counterclaim by March 23, 2007, and CNET shall reply to Etilize's Amended Counterclaim by April 12, 2007.

WHEREAS, the requested time modification will have no effect on the schedule for the case, as the initial pleadings will all be filed before the Initial Case Management Conference on April 16, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED.

2  Respectfully submitted,

3

4  DATED: March 16, 2007                              DATED: March 16, 2007

5     NIXON PEABODY LLP                                  MANATT, PHELPS & PHILLIPS, LLP

6
   By: /s/ Marcie A. Keenan                          By: /s/ Michelle Gillette
7      Glenn E. Westreich                                Bruce McCubbrey
       Patrick T. Michael                                Michelle Gillette
8      Marcie A. Keenan                                  Omair M. Farooqui
       NIXON PEABODY LLP                                 Manatt, Phelps & Phillips, LLP
9      Two Embarcadero Center, Suite 2700               1001 Page Mill Road, Building 2
       San Francisco, CA 94111                           Palo Alto, CA 94304
10     Telephone: (415) 984-8200                         Telephone: (650) 251-1430
       Facsimile: (415) 984-8300                         Facsimile: (650) 213-0260
11
   Attorneys for CNET Networks, Inc.                   Attorneys for Etilize, Inc.
12

13         PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  DATED: March 20, 2007                             _____
                                                       The Hon. Marilyn H. Patel
16

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

# PROOF OF SERVICE

**CASE NAME:** *CNET Networks, Inc. v. Etilize, Inc.*
**COURT:** U.S. District Court Northern District of California (San Francisco Division)
**CASE NO.:** C 06-5378 MHP
**NP FILE:** 002566.000076

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, California 94111-3996. On this date, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING LEAVE FOR DEFENDANT ETILIZE, INC. TO FILE AMENDED COUNTERCLAIM**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

___ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

___ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : By Facsimile — From facsimile number (415) 984-8300 at approximately 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

___ : By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

Addressee(s)

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 16, 2007**, at San Francisco, California.

Tapa E. Tualaulelei

*CNET Networks, Inc. v. Etilize, Inc.*
U.S. District Court, Northern District of California, Case No. C 06-5378
Service List

**Attorneys for Defendant ETILIZE, INC.:**

Bruce McCubbrey, Esq.
Michelle Gillette, Esq.
Omair M. Farooqui
Imran A. Khaliq
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304-1006
Telephone No.: (650) 812-1300
Facsimile No.: (650) 213-0260
Email: bmccubbrey@manatt.com
Email: mgillette@manatt.com
Email: ofarooqui@manatt.com
ikhaliq@manatt.com

10241946.1