UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.<br><br>Plaintiff<br><br>vs.<br><br>ETILIZE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: C 06-05378 MHP<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO COMPLETE ADR MEDIATION**<br><br>**ADR L.R. 6-5** |

On this day the Court considered the parties' stipulated request for an extension of time to complete ADR mediation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The parties shall have up to and including August 1, 2007 to complete ADR mediation. The date for the parties to complete mediation is hereby changed from July 17, 2007 to August 1, 2007.

**IT IS SO ORDERED.**

Dated: June 21, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO COMPLETE ADR MEDIATION; CASE NO. C 06 05378 MHP      -3-