MANATT, PHELPS & PHILLIPS, LLP
J. BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
JERROLD F. PETRUZZELLI (Bar No. CA 077748)
E-mail: jpetruzzelli@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
E-mail: mgillette@manatt.com
OMAIR M. FAROOQUI (Bar No. CA 207090)
E-mail: ofarooqui@manatt.com
1001 Page Mill Road, Building 2

Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant
ETILIZE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.,<br><br>           Plaintiff,<br><br>   vs.<br><br>ETILIZE, INC.,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 5378 (MHP)<br><br>**ETILIZE, INC.'S ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO THE COURTROOM**<br><br>Date:  November 19, 2007<br>Time:  2:00 P.M.<br>Courtroom:  7<br>The Honorable Marilyn Hall Patel |

Defendant Etilize, Inc. hereby files this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11() requesting permission to bring equipment into the courtroom in order to present demonstrative evidence and exhibits during the hearing scheduled for 2:00 p.m. on November 19, 2007. In particular, Etilize respectfully requests permission to bring the following items into the courtroom:  two laptop computers, power strips, projector, equipment cart and the necessary wires, switching devices, cables, peripherals, projector stand, and tools to install and connect the above equipment.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

AD

| | |
|---|---|
| Dated: November 15, 2007 | MANATT, PHELPS & PHILLIPS, LLP |
| | By: /s/ Michelle Gillette |
| | Michelle Gillette |
| | *Attorneys for Defendant* ETILIZE, INC. |

90001174.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ii

ADMINISTRATIVE REQUEST TO BRING
EQUIPMENT INTO THE COURTROOM –
CASE NO. C 06 5378