MANATT, PHELPS & PHILLIPS, LLP
J. BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
JERROLD F. PETRUZZELLI (Bar No. CA 077748)
E-mail: jpetruzzelli@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
E-mail: mgillette@manatt.com
OMAIR M. FAROOQUI (Bar No. CA 207090)
E-mail: ofarooqui@manatt.com
1001 Page Mill Road, Building 2

Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant
ETILIZE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ETILIZE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06 5378 (MHP)<br><br>**[PROPOSED] ORDER RE. MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING EQUIPMENT INTO COURTROOM**<br><br>Date:  November 19, 2007<br>Time:  2:00 P.M.<br>Courtroom:  7<br>The Honorable Marilyn Hall Patel |

Defendant Etilize has filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) requesting permission to bring equipment into the courtroom in order to present demonstrative evidence and exhibits during the hearing to be held at 2:00 p.m. on November 19, 2007.

After considering the requesting papers and all other matters presented to the Court, and

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

i

[PROPOSED] ORDER RE MISCELLANEOUS
ADMINISTRATIVE REQUEST –
CASE NO. C 06 5378

good cause appearing therefore,

    IT IS HEREBY ORDERED AS FOLLOWS:

    Etilize may bring the following items into the courtroom: two laptop computers, power strips, projector, equipment cart and the necessary wires, switching devices, cables, peripherals, projector stand, and tools to install and connect the above equipment.

Dated: November _____, 2007

                                      By: _____
                                           The Honorable Marilyn Hall Patel
                                           US District Court, Northern District of California

90001175.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ii

[PROPOSED] ORDER RE MISCELLANEOUS
ADMINISTRATIVE REQUEST –
CASE NO. C 06 5378