1

2

3   MANATT, PHELPS & PHILLIPS, LLP
    J. BRUCE MCCUBBREY (Bar No. CA 038817)
4   E-mail:  bmccubbrey@manatt.com
    JERROLD F. PETRUZZELLI (Bar No. CA 077748)
5   E-mail:  jpetruzzelli@manatt.com
    MICHELLE GILLETTE (Bar No. CA 178734)
6   E-mail:  mgillette@manatt.com
    OMAIR M. FAROOQUI (Bar No. CA 207090)
7   E-mail:  ofarooqui@manatt.com
    1001 Page Mill Road, Building 2

8
    Palo Alto, CA  94304-1006
9   Telephone:  (650) 812-1300
    Facsimile:  (650) 213-0260
10
    Attorneys for Defendant
11  ETILIZE, INC.

12

13                        UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15  CNET NETWORKS, INC.,                   Case No. C 06 5378 (MHP)

16              Plaintiff,
                                           **[PROPOSED] ORDER RE.**
17       vs.                               **MISCELLANEOUS ADMINISTRATIVE**
                                           **REQUEST TO BRING EQUIPMENT INTO**
18  ETILIZE, INC.,                         **COURTROOM**

19              Defendant.
                                           Date:  November 19, 2007
20                                         Time:  2:00 P.M.
                                           Courtroom:  7
21                                         The Honorable Marilyn Hall Patel

22  AND RELATED COUNTERCLAIMS

23

24          Defendant Etilize has filed a Miscellaneous Administrative Request with this Court

25  pursuant to Civil Local Rule 7-10(b) requesting permission to bring equipment into the courtroom

26  in order to present demonstrative evidence and exhibits during the hearing to be held at 2:00 p.m.

27  on November 19, 2007.

28          After considering the requesting papers and all other matters presented to the Court, and

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE MISCELLANEOUS
ADMINISTRATIVE REQUEST –
CASE NO. C 06 5378

1

2

3   good cause appearing therefore,

4        IT IS HEREBY ORDERED AS FOLLOWS:

5        Etilize may bring the following items into the courtroom:  two laptop computers, power

6   strips, projector, equipment cart and the necessary wires, switching devices, cables, peripherals,

7   projector stand, and tools to install and connect the above equipment. **ARRANGEMENTS MUST BE
    MADE SUFFICIENTLY IN ADVANCE TO ACCOMODATE AND NOT INTERFERE WITH**

8   **THE COURT'S CALENDAR AND, IN ANY EVENT, THE EQUIPMENT MAY NOT BE**

9   **NECESSARY.  THIS IS A MOTION HEARING, NOT A TRIAL.**

    Dated:    November __16__, 2007

10

11                                          By: _____
                                            The Honorable Marilyn Hall Patel
12                                          US District Court, Northern District of California

13

    90001175.1
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ii

[PROPOSED] ORDER RE MISCELLANEOUS
ADMINISTRATIVE REQUEST –
CASE NO. C 06 5378

DENIED

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA