Glenn E. Westreich (SBN: 100457)
gwestreich@winston.com
Patrick T. Michael (SBN: 169745)
pmichael@winston.com
Laura K. Carter (SBN: 244956)
lcarter@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400

Attorneys for Plaintiff/Counterdefendant
CNET NETWORKS, INC.

MANATT, PHELPS & PHILLIPS, LLP
J. Bruce McCubbrey (SBN: 33817)
bmccubbrey@manatt.com
Michelle Gillette (SBN: 178734)
mgillette@manatt.com
Omair M. Farooqui (SBN: 207090)
ofarooqui@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone:   650-812-1300
Facsimile:   650-213-0260

Attorneys for Defendant/Counterclaimant
ETILIZE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CNET NETWORKS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>ETILIZE, INC.,<br><br>            Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS.<br>_____ | Case No. C 06-05378 (MHP)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING THE<br>SCHEDULE SET FORTH IN THE<br>JOINT SUPPLEMENTAL CASE<br>MANAGEMENT ORDER**<br><br>**Civ. L.R. 6-2** |

1    Pursuant to Civil L.R. 6-2 and 7-12, the parties hereto, through their counsel of record,
2 hereby stipulate and agree as follows:
3    WHEREAS, Plaintiff CNET Networks, Inc. ("CNET") and Defendant Etilize, Inc. ("Etilize")
4 participated in a second ADR mediation on March 12, 2008 at which time the parties agreed to
5 continue pursuing ongoing settlement discussions in an effort to resolve this dispute;
6    WHEREAS, the parties believe and have agreed that it is in the best interests of the parties to
7 continue the dates as set forth in the Joint Supplemental Case Management Order and that the
8 extensions requested herein will facilitate ongoing settlement discussions;
9    WHEREAS, the parties previously stipulated to an extension of time for Defendant to answer
10 or otherwise respond to Plaintiff's complaint and for Plaintiff to respond to Defendant's
11 Counterclaim. Thereafter, the parties stipulated to and the Court ordered an extension of time for
12 Defendant to file an Amended Counterclaim and Plaintiff to reply to the Amended Counterclaim;
13    WHEREAS, the parties stipulated to and the Court ordered previous modifications to the
14 Case Management schedule as follows:
15    1. Continuation of the Case Management dates set forth in the Court's Order Setting
16       Initial Case Management Conference and ADR Deadlines;
17    2. Extension of time to complete ADR mediation; and
18    3. Adoption of the schedule set forth in the Supplemental Case Management Order.
19    WHEREAS, a continuation of the dates set forth in the Supplemental Case Management
20 Order will not affect the previously scheduled trial date of approximately February 16, 2009;
21    WHEREAS, the parties respectfully request that the Court adopt the following proposed
22 Case Management schedule:

| CURRENT SCHEDULE | **PROPOSED SCHEDULE** | EVENT |
| --- | --- | --- |
| April 2, 2008 or 30 days after service by Court of Claim Construction Ruling (whichever is later) | **May 7, 2008** | Final Infringement Contentions Patent L.R. 3-6(a) |

| | | |
|---|---|---|
| April 22, 2008 or 50 days after service by Court of Claim Construction Ruling (whichever is later) | **May 26, 2008** | Final Invalidity Contentions<br><br>Patent L.R. 3-6(b) |
| May 1, 2008 or 50 days after service by Court of Claim Construction Ruling (whichever is later) | **May 26, 2008** | Disclosures relating to willfulness<br><br>Patent L.R. 3-8 |
| May 1, 2008 | **May 26, 2008** | Serve final Privilege Log |
| June 2, 2008 or 60 days after Claim Construction Ruling (whichever is later) | **June 27, 2008** | Close of Fact Discovery |
| June 2, 2008 | **June 20, 2008** | Last day to designate experts |
| July 1, 2008 or 30 days after Close of Fact Discovery (whichever is later) | **July 21, 2008** | Initial expert reports on issues where the party bears the burden of proof |
| July 22, 2008 or 21 days after Initial Expert Reports (whichever is later) | **August 11, 2008** | Rebuttal expert reports |
| September 5, 2008 or 45 days after Rebuttal Expert Reports (whichever is later) | **September 25, 2008** | Completion of expert discovery |
| October 20, 2008 or 45 days after completion of expert discovery (whichever is later) | **November 10, 2008** | Last day to file dispositive motions |
| November 20, 2008 | **December 10, 2008** | Last day to file motions in limine |
| November 26, 2008 | **December 17, 2008** | Last day to meet and confer prior to Pretrial Conference |
| December 19, 2008 | **January 10, 2008** | Last day to file oppositions to motions in limine |
| January 16, 2009 | **January 23, 2009** | Last day to file final Pretrial Conference statement |
| *Approx.* February 6, 2009 or according to Court's schedule | **No change** | Pretrial Conference |

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ORDER

| Approx. February 16, 2009 or 10 days after Pretrial Conference (whichever is later) | No change | TRIAL |
|---|---|---|

In addition, the parties have agreed that responses to all outstanding discovery for both parties will be due on May 14, 2008.

**IT IS SO STIPULATED.**

                                                    Respectfully submitted,

DATED: March 19, 2008                           DATED: March 19, 2008

    WINSTON & STRAWN LLP                   MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Patrick T. Michael                By:  /s/ J. Bruce McCubbrey
     Patrick T. Michael                                 J. Bruce McCubbrey

    Attorneys for Plaintiff/Counterdefendant      Attorneys for Defendant/Counterclaimant
    CNET Networks, Inc.                                 Etilize, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   4/30/08

                                                      The Hon. Judge Marilyn H. Patel

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California)

STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ORDER

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

# Tualaulelei, Tapa

**From:** Carter, Laura
**Sent:** Wednesday, March 19, 2008 9:36 AM
**To:** Tualaulelei, Tapa
**Subject:** FW: CNET v Etilize: stip re continuing dates


-----Original Message-----
From: McCubbrey, Bruce [mailto:BMcCubbrey@manatt.com]
Sent: Tuesday, March 18, 2008 4:16 PM
To: Michael, Patrick
Subject: RE: CNET v Etilize: stip re continuing dates

Patrick: Thanks for putting this together. I would propose that the Final Infringement Contentions be moved up one week to May 7; and that the Close of Fact Discovery and Last Day to Designate Experts both be moved back a week to June 27. Other than those changes, I am OK with the stipulation. If my proposal is acceptable to you, you may go ahead and make the changes and file it. Thanks again.

-----Original Message-----
From: Michael, Patrick [mailto:PMichael@winston.com]
Sent: Tuesday, March 18, 2008 2:23 PM
To: McCubbrey, Bruce
Cc: Gillette, Michelle; Farooqui, Omair; Carter, Laura
Subject: CNET v Etilize: stip re continuing dates


Bruce,

As agreed at the mediation last week, attached is a proposed stipulation continuing the case management dates. It keeps the trial date in place, but pushes all dates back consistent with the after-April schedule we discussed. It also addresses the hold on discovery and puts the due date as May 14. Please let us know if this acceptable to Etilize and we will get it on file.


Thanks,

Patrick

1

<<SF-#201239-v3-CNET_v__Etilize_--_stipulated_motion_to_continue_case_management_dates.DOC>>

Patrick T. Michael
Winston & Strawn LLP
101 California St., Suite 3900
San Francisco, CA 94111
(w): 415.591.6861
(m): 415.994.0362
(f): 415.591.1400
pmichael@winston.com

The contents of this message may be privileged and confidential.
Therefore, if this message has been received in error, please delete it
without reading it. Your receipt of this message is not intended to
waive any applicable privilege. Please do not disseminate this message
without the permission of the author.
************************************************************************
Any tax advice contained in this email was not intended to be used, and
cannot be used, by you (or any other taxpayer) to avoid penalties under
the Internal Revenue Code of 1986, as amended.
##################################################################
IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by recently issued
treasury regulations, we inform you that any U.S. tax advice contained in this communication
(including any attachments) is not intended or written by us, and cannot be used by you, for the purpose
of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another person any transaction or matter addressed herein. For information about this
legend, go to http://www.manatt.com/circ230
##################################################################

# PROOF OF SERVICE

**CASE NAME:** *CNET Networks, Inc. v. Etilize, Inc.*
**COURT:** U.S. District Court Northern District of California (San Francisco Division)
**CASE NO.:** C 06-5378 MHP
**W&S FILE:** 250328.00003

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, California 94111-3600.

    On March 19, 2008, I served the following document(s):

> ➢ **STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULE SET FORTH IN THE JOINT SUPPLEMENTAL CASE MANAGEMENT ORDER**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — From facsimile number (415) 984-8300 at no later than 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

__X__ : By Electronic Delivery – I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

Addressee(s)

**PLEASE SEE ATTACHED SERVICE LIST**

    I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 19, 2008**, at San Francisco, California.

                                                Tapa E. Tualaulelei

*CNET Networks, Inc. v. Etilize, Inc.*
U.S. District Court, Northern District of California, Case No. C 06-5378 MHP
Service List

**Attorneys for Defendant and Counterclaimant**
**ETILIZE, INC.:**

J. Bruce McCubbrey, Esq.
Jerrold F. Petruzzelli, Esq.
Omair M. Farooqui, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304-1006
Telephone No.: (650) 812-1300
Facsimile No.: (650) 213-0260
E-Mail: bmccubbrey@manatt.com
E-Mail: ofarooqui@manatt.com
E-Mail: ikhaliq@manatt.com

Michelle Gillette, Esq.
MANATT, PHELPS & PHILLIPS, LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone No.: (415) 291-7400
Facsimile No.: (415) 291-7474
E-Mail: mgillette@manatt.com