**WINSTON & STRAWN LLP**
Glenn E. Westreich (SBN: 100457)
gwestreich@winston.com
Patrick T. Michael (SBN: 169745)
pmichael@winston.com
Marcus T. Hall (SBN: 206495)
mthall@winston.com
Laura K. Carter (SBN: 244956)
lcarter@winston.com
101 California Street Suite 3900
San Francisco, California 94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff/Counter-Defendant
CNET NETWORKS, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.<br><br>            Plaintiff<br><br>vs.<br><br>ETILIZE, INC.,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: C 06-05378 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE AND DEADLINES RE DEFENDANT ETILIZE, INC.'S MOTION FOR SUMMARY JUDGMENT** |

WHEREAS, Defendant Etilize, Inc. ("Etilize") filed its opening summary judgment brief on June 9, 2008 [Docket Nos. 90-92];

WHEREAS, the hearing set forth in Defendant's brief is scheduled to take place on July 14, 2008 at 2:00 p.m.;

WHEREAS, the parties agree to and desire an extension of time regarding Defendant's summary judgment motion with respect to further briefing and a hearing date.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that all deadlines with respect to further summary judgment briefing and the hearing on Etilize's Motion for Summary Judgment are continued as follows:

1. The time for CNET to file its opposition to Etilize's Motion for Summary Judgment is extended to July 21, 2008.

2. The time for Defendant to serve and file its reply in support of Etilize's Motion for Summary Judgment is extended to July 28, 2008.

3. The hearing date regarding Etilize's Motion for Summary Judgment is extended to August 11, 2008 at 2:00 p.m.

Dated: June 17, 2008                    WINSTON & STRAWN LLP


                                        By:  /s/ Patrick T. Michael
                                            Glenn E. Westreich
                                            Patrick T. Michael
                                            Marcus T. Hall
                                            Laura K. Carter

                                            Attorneys for Plaintiff and Counter-
                                            Defendant
                                            CNET Networks, inc.

Dated: June 17, 2008                    MANATT, PHELPS & PHILLIPS, LLP


                                        By:  /s/ Michelle Gillette
                                            J. Bruce McCubbrey
                                            Michelle Gillette
                                            Imran Khaliq
                                            Attorneys for Defendant
                                            Etilize, Inc.

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: June 19, 2008
                                        The Honorable
                                        United States D[istrict Judge]

IT IS SO ORDERED
Judge Marilyn H. Patel

SF:208775.1

90019346.1