**Exhibit A**
**to**
**Etilize Inc.'s Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Invalidity of CNET's '933 and '426 Patents**

**EXHIBIT A - '933 PATENT CLAIM CHARTS FOR LIAISON**

| Claim 1 | |
|---|---|
| A method of aggregating product information for use in a product database, including various products arranged in product categories | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>Liaison Content Exchange 3.0 discloses, provides and implements a method of aggregating product information for use in a product database, including various products arranged in product categories<br><br>"Liaison Content Exchange can be integrated into a business process to automatically extract, transform, and deliver product and services information as usable, structured data."<br>(Liaison Content Exchange 3.0 User's Guide, p. 1)<br><br>The Liaison Content Exchange product teaches creating product databases where products were arranged in product categories.<br><br>A result schema is a data model of the extracted result. The system extracts data and matches it to the attributes in the result schema. A result schema in Content Exchange might resemble the following:<br><br><br><br>In this example, **Retail** is the schema root. Its attributes are **Category, Product, Manuf, Item_Num, Desc,** and **Price**.<br><br>(Liaison Content Exchange 3.0 User's Guide, p. 59) |
| the product information being collected from a plurality of sources | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"source" is defined by agreement as: "A webpage or other document that may be defined by a URL, or text, graphics, or links within such webpage or other document".<br><br>The Liaison Content Exchange 3.0 product teaches product information being collected from a plurality of web sites, which thus comprise a plurality of sources. |

| | |
|---|---|
| | "Use of the system depends on your particular needs. A common application is the gathering of manufacturer product descriptions and specifications to populate a back-end database for an electronic catalog. Internet auction and retail sites can also use the system to gather and manage data." (Liaison Content Exchange 3.0 User's Guide, p. 1)<br><br>"One of the strengths of the system is that each step can be modified at any time. As your data needs evolve, you can change the schema, retrain the workspace, add or delete sources from which to extract data, and alter the frequency of extraction." (Liaison Content Exchange 3.0 User's Guide, p. 2)<br><br>"Note:   An extraction project can have more than one workspace" (Liaison Content Exchange 3.0 User's Guide, p. 8).<br><br>"When you create a new workspace, you select a result schema to define the way you want to arrange the extracted data" (Liaison Content Exchange 3.0 User's Guide, p. 59)<br><br>"Now start the entire extraction project from the Level 1 workspace to check the entire extraction from all three workspaces in the extraction project." (Liaison Content Exchange 3.0 User's Guide, p. 328)<br><br>See also Liaison Content Exchange 3.0 User's Guide, Chapter 15 "Managing Workspaces", especially p. 451, which shows multiple distinct workspaces available for scheduling.   Even a single workspace meets the "plurality of sources" definition.   Multiple distinct workspaces show that the plurality of sources can readily span multiple web sites.   Even the FDA examples in earlier chapters show the same. |
| in a networked computer environment regarding products of a product category comprising the steps of | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>The Liaison Content Exchange 3.0 product is made for use in a networked computer environment, is designed to gather information regarding products of a product category, and comprises the steps below:<br><br>"You're now using the main system window as an Internet browser" (Liaison Content Exchange 3.0 User's Guide, p. 15).<br><br>"The system leaves browse view, downloads a copy of the page, and enters training view. Depending on the page size and Internet traffic, this process may take a moment." |

(Liaison Content Exchange 3.0 User's Guide, p. 19).

The Liaison Content Exchange product teaches creating product databases where products were arranged in product categories.

A result schema is a data model of the extracted result. The system extracts data and matches it to the attributes in the result schema. A result schema in Content Exchange might resemble the following:



In this example, **Retail** is the schema root. Its attributes are **Category**, **Product**, **Manuf**, **Item_Num**, **Desc**, and **Price**.

(Liaison Content Exchange 3.0 User's Guide, p. 59)

| | |
|---|---|
| generating a crawler from a server interconnected to the network computer environment to visit the plurality of sources; | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"crawler" is defined by the court as: "a software program or programs which visit and search sources of content on a networked computer environment; have the capability to identify and gather information from the sources; and can include bots, robots, automated site searchers, and the like".<br><br>"source" is defined by agreement as: "A webpage or other document that may be defined by a URL, or text, graphics, or links within such webpage or other document".<br><br>Liaison CE is configured to crawl multiple web sites and extract information from the web pages based on predefined page lists.   *Id.* at 45 ("...you're ready to gather links for the pages from which you want to extract data. To do this, you must return to the browse view to navigate to those pages, and then add each link to the list in the Pages tab."). Additional crawler features in the Liaison CE product include, and are not limited to, methods called Drilldown, Include and Next, which are software modules which visit and search sources of content on the Internet and have the capability to identify and gather information from the sources. *See e.g.,* Liaison Content Exchange 3.0 User's Guide at 269 ("The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is |

successfully extracted to the data result."); *see generally Id.*, Chps. 11-13; *see also e.g.*, *Id.* Figs at 270-271. The crawler feature in Liaison CE may be activated from a dedicated server machine where multiple workspace operations can be run simultaneously to visit multiple sources on the Internet to extract data.   *Id.* at 495 ("To begin configuring Content Exchange for multiple users, install Content Exchange on a dedicated server machine.").

The court has defined product characteristic as "some attribute of a product that can be used to distinguish it from other products, such as the function, relation, quality, quantity, purpose, material, format, structure, or effect produced." The schema builder in Liaison CE is configured to search for product characteristics associated with a product category.   *See generally, Id.,* Chp. 4 and *e.g.*, at 68 (schema builder for printer product category is configured to extract product characteristics such as manufacturer name, model, resolution and speed, *i.e.*, attributes of the product which distinguish it from other products).   Also the Glossary Manager function of Liaison CE has the ability to determine whether product phrase information is a product characteristic associated with a product category.   *See generally, Id.*, Chp. 14, *e.g.*, at 395 ("if you apply the Remote Control glossary as an attribute to the format now, the system restricts the extracted values to the terms Standard and Universal only and ignores any other terms it encounters during the extraction process."). In this example, the Glossary Manager has been configured to search and extract attributes for "Standard" and "Universal" Remotes, which under the Court's construction, are attributes of a product which can distinguish it from other products in the category.     The Glossary Manager may also be used to normalize the search results by replacing variations in data with the preferred term by using synonyms (*e.g.*, "std" and "uni" can be specified as synonyms to find variations in "Standard" or "Universal", but the preferred terms "Standard" and "Universal" will be used in the data result.).   *See Id.* at 388.   This additional functionality allows Liaison CE to determine whether phrase information on a web page is a product characteristic associated with a product category.

The Liaison Content Exchange product teaches using a crawler to read pages from a plurality of web sites, which here comprise a plurality of sources.   Crawler features in the product include, and are not limited to, methods called *Drilldown*, *Include* and *Next*.

"Once you've completed training for a workspace, you're ready to gather links for the pages from which you want to extract data."
(Liaison Content Exchange 3.0 User's Guide, p. 45)

Liaison Content Exchange 3.0 was made to work on a server interconnected to a network computer environment to visit a plurality of sources; see Liaison Content Exchange 3.0 User's Guide, Appendix B "System and Workspace Configuration", especially at p. 495:

"**Configuring for Multiple Users**
You can create a shared, multiuser environment by configuring multiple installations of the system to use one database. In this type of environment, all users share the same workspaces and schemas. Updates made to a workspace are accessible to all users. However, workspace results, audit data, and locally captured web pages remain local to each user's installation directory.

**Identifying the Server Machine**
To begin configuring Content Exchange for multiple users, install Content Exchange on a dedicated server machine.

**Setting up the Server**
To run a multiuser environment on the server machine, you must set up the server."

"The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is successfully extracted to the data result."
(Liaison Content Exchange 3.0 User's Guide, p. 269)

"For an include link, the system extracts values from the current workspace, then follows the link to the next page, just as it does for a drilldown link. However, if the expected values don't exist on the include link page, the system returns to the previous page to continue the extraction process. The extracted record appears in the data result with an empty field for the missing data."
(Liaison Content Exchange 3.0 User's Guide, p. 331)



(Liaison Content Exchange 3.0 User's Guide, p. 368)

| gathering product phrase information from each of the plurality of sources via said crawler; | **Liaison Content Exchange 3.0 User's Guide**<br><br>"phrase" is defined by agreement as: "A string of characters, such as an alpha-numeric character string or strings present in a source".<br><br>"source" is defined by agreement as: "A webpage or other document that may be defined by a URL, or text, graphics, or links within such webpage or other document". |
| --- | --- |

"crawler" is defined by the court as: "a software program or programs which visit and search sources of content on a networked computer environment; have the capability to identify and gather information from the sources; and can include bots, robots, automated site searchers, and the like".

Liaison Content Exchange 3.0 teaches gathering product phrase information from each of the plurality of sources via said crawler.

Liaison CE gathers "*product phrase information from each of the plurality of sources via said crawler*." The court has defined phrase as "a string of characters, such as an alpha-numeric character string or strings present in a source."   The drilldown actions (crawlers) in Liaison CE gather product phrase information such as the product name, price, manufacturer and part number or any other attribute which is noted in the schema. These attributes comprise alpha-numeric character strings.   *See generally, Id.* Chp. 4: Using Schemas;   Chp. 11, e.g., at 270:

> A drilldown includes the following events:
> 1. The Level 1 workspace navigates to the first page in the page list.
> 2. The system extracts content from the page.
> 3. When the system encounters a linked page, it navigates though the link to Level
> 4. The system then extracts content for the Level 2 workspace and continues down through the other workspaces linked in the drilldown

*See also Id.* at 271 (product phrase extraction using multiple drilldown actions).

See, for example, gathering product phrase information from a source at:

"**Showing FORM and INPUT Tags**
While mapping a workspace, you can display the location of form and input data on the training page by clicking the **Show Form Tags** button in the training page toolbar or selecting **Train > Form > Show Form Tags**. Wherever a FORM or INPUT tag appears in the HTML source, the system places form icons (for FORM tags) and input icons (for INPUT tags) on the training page. You can also expand drop-down menus (SELECT tags) into data tables with visible borders that you can map as record fields."
(Liaison Content Exchange 3.0 User's guide, p. 237)
"You're now using the main system window as an Internet browser"
(Liaison Content Exchange 3.0 User's Guide, p. 15).

"The system leaves browse view, downloads a copy of the page, and enters training view. Depending on the page size and Internet traffic, this process may take a moment."

(Liaison Content Exchange 3.0 User's Guide, p. 19).

The Liaison Content Exchange product teaches using a crawler to read pages from a plurality of web sites, which comprise a plurality of sources.   Crawlers in the product include, and are not limited to, methods called *Drilldown*, *Include* and *Next*.

"The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is successfully extracted to the data result."
(Liaison Content Exchange 3.0 User's Guide, p. 269)

"This diagram shows how drilldown actions can link three workspaces."
(Liaison Content Exchange 3.0 User's Guide, p. 271)

"For an include link, the system extracts values from the current workspace, then follows the link to the next page, just as it does for a drilldown link. However, if the expected values don't exist on the include link page, the system returns to the previous page to continue the extraction process. The extracted record appears in the data result with an empty field for the missing data."
(Liaison Content Exchange 3.0 User's Guide, p. 331)



(Liaison Content Exchange 3.0 User's Guide, p. 368)

"The patent-pending Adaptive Content Recognition, or ACR, algorithm adapts to simple web site changes and effectively maintains availability and reliability of your data feeds."
(This is a reference to the below-mentioned pending patent, US 6,782,505)
(Liaison Content Exchange 3.0 User's Guide, p. xv)

**U.S. Patent No. 6,782,505**, "Method and system for generating structured data from semi-structured data sources," Filing date: April 19, 1999, Issue date: Aug 24, 2004. ("'505 patent").

| | |
|---|---|
| | "lexical analysis is performed at step 64 by breaking the pure HTML representation 62 into substrings called tokens 66. The tokens 66 are then adorned with characteristic features at step 68 which outputs the HTML phonemes 40, 44. These characteristic features include, but are not limited to, markups that change font size, markups that add hyperlinks, strings types, row and column number of HTML table cells associated with strings, and row and column numbers of table cells with respect to the presentation of the semi-structured data within the incoming HTML information from the GUI 36 or the incoming HTML page 34." ('505 patent, col. 4, ll. 45-56).<br><br>"The comparison of patterns from the pattern dictionary 50 with an input stream of HTML phonemes 44 from incoming HTML page 34 occurs in the comparison layer 58." ('505 patent, col. 5, ll. 28-30). |
| and determining whether at least one phrase of said product phrase information is a product characteristic associated with a product category; | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"phrase" is defined by agreement as: "A string of characters, such as an alpha-numeric character string or strings present in a source".<br><br>"product characteristic" is defined by agreement as: "Some attribute of a product that can be used to distinguish it from other products, such as the function, relation, quality, quantity, purpose, material, format, structure, or effect produced".<br><br>"category" is defined by agreement as: "A group of products sharing the same essential property definition and occupying or falling under the same node in a taxonomy".<br><br>The Liaison Content Exchange 3.0 product teaches determining whether at least one phrase of said product phrase information is a product characteristic associated with a product category.<br><br>The schema builder in Liaison CE is configured to search for product characteristics associated with a product category.   *See generally, Id.,* Chp. 4 and *e.g.,* at 68 (schema builder for printer product category is configured to extract product characteristics such as manufacturer name, model, resolution and speed, *i.e.,* attributes of the product which distinguish it from other products).<br><br>Also, for example, the Liaison Content Exchange 3.0 product performs the matching and association of product specific phrases with product categories.   One skilled in the art will recognize the section of the product labeled *glossary manager* as a simple taxonomic ontology editor. The term *glossary* was chosen as a more accessible, less esoteric label for customers. Presented as a glossary editor, users may list a set of words as synonyms and direct the system to replace any one of those words with a preferred term. This function may |

also be applied to create a set of words indicative of a product category and the product category named. Should any of said words, or phrases be identified in the web page, the word or phrase would be associated with the product category and data labeled as such. For example,

See, e.g., Chapter 4 "Using Schemas".

"Once you have added the attributes, the result schema should look like this"
(showing schema containing printer attributes; other categories shown through the manual include DVD players, etc.)
(Liaison Content Exchange 3.0 User's Guide, p. 68)

"Remote Control" may be a product category

**Universal appears as a preferred term under the Remote Control category.**



(Liaison Content Exchange 3.0 User's Guide, p. 395)

See generally Chapter 14 "Glossary Manager"

"If you apply the **Remote Control** glossary as an attribute to the format now, the system restricts the extracted values to the terms **Standard** and **Universal** only and ignores any other terms it encounters during the extraction process..."
(Liaison Content Exchange 3.0 User's Guide, p. 395)

The product manual describes how a customer may create a list of terms that associate with the product category *remote control*:

"You can now add synonyms to anticipate the various ways that Standard and Universal may appear on the web pages from which the system extracts data."
(Liaison Content Exchange 3.0 User's Guide, p. 395)

Whether, for example, a "Remote Control" is a "Standard" or "Universal" "Remote Control" is an example of a "product characteristic".   The Liaison Content Exchange 3.0 User's Guide is replete with other examples of "product characteristics", such as "Manufacturer", "Model", and "Playable_Formats" for a DVD player.."

"The patent-pending Adaptive Content Recognition, or ACR, algorithm adapts to simple web site changes and effectively maintains availability and reliability of your data feeds."
(This is a reference to the below-mentioned pending patent, US 6,782,505)
(Liaison Content Exchange 3.0 User's Guide, p. xv)

**U.S. Patent No. 6,782,505**

"The comparison of patterns from the pattern dictionary 50 with an input stream of HTML phonemes 44 from the incoming HTML page 34 occurs in the comparison layer 58. In the comparison layer 58 a matching score between the pattern in the pattern dictionary 50 and a pattern found in the input stream is calculated. This matching score can be calculated using a weighted edit distance algorithm incorporating top-down methods with pruning or dynamic programming. Examples of such weighted edit distance algorithms can be found in Pairwise Sequence Alignment, Geigerich, Robert, and Wheeler, David (last modified May, 1996), <http//:www.techfak.uni-bielefeld.de/bcd/curric/PrwAli/prwali.html>, which is incorporated by reference herein in its entirety."
('505 col. 5, ll. 28-41).

| | |
|---|---|
| wherein said crawler utilizes computational linguistics to gather said product phrase information which includes a phrase and at least one characteristic of said phrase. | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"computational linguistics" is defined by the agreement as: "a cross-disciplinary field of modeling of language utilizing computational analysis to process language data".<br><br>"phrase" is defined by agreement as: "A string of characters, such as an alpha-numeric character string or strings present in a source".<br><br>"phrase characteristics" is defined by agreement as: "some attribute of a phrase that can be used to distinguish it from other phrases, such as the frequency, location, font size, font style, font case, font effects, and font color as well as the frequency of collocation (phrases immediately next to each other) and co-occurrence of phrases (phrases within a predetermined number of words of each other)."<br><br>The Liaison Content Exchange crawler utilizes computational linguistics to gather said product phrase information which includes a phrase and at least one characteristic of said phrase.<br><br>Liaison CE's crawler functionality "utilizes computational linguistics to gather said product phrase information which includes a phrase and at least one characteristic of said phrase."   The court has defined "computational linguistics" as "a cross-disciplinary field of modeling of language utilizing computational analysis to process language data."   The workspace extraction process of Liaison CE uses computational linguistics by applying computational analysis to process language data corresponding to attributes of products.   See Id., generally, Chp. 4 (using Schema to define product attributes); e.g., see Id. at 60 ("A result schema is a data model of the extracted result. The system extracts data and matches it to the attributes in the result schema."); see also Id. at 30 ("the mapping properties for each attribute lists the keywords and values you mapped").   The schema defines product characteristics such as the price, manufacturer, item number, description, etc. Id.   Computational analysis is performed in extracting the selected product attributes from the web pages using pre-defined schemas.   See Id. at 61.<br><br>Moreover, the computational analysis performed by the workspace function in Liaison CE uses "characteristics of said phrase".   The Court defined "phrase characteristics as: "some attribute of a phrase that can be used to distinguish it from other phrases, such as the frequency, location, font size, font style, font case, font effects, and font color as well as the frequency of collocation (phrases immediately next to each other) and co-occurrence of phrases (phrases within a predetermined number of words of each other).   A workspace extraction in Liaison identifies phrase characteristics in order to extract product attribute values, by identifying, for example the location of phrases and other unique identifiers.   See e.g., Id. at 25 ("A mapped |

keyword must exist in the same place   in every record for which data is to be extracted. It can be word or a phrase or any other unique identifier for its associated value, such as a colon or other symbol, as long as it's always present and near the data value.   It's important that a keyword is unique on the page, since several occurrences of the keyword on a page require more calculation to verify the correct value to extract.").

As discussed above, another example of using computational linguistics to gather product phrase information, including characteristics of the phrase is through use of the Glossary Manager in Liaison CE.   See Id., generally Chp. 14, e.g., at 387 ("During a workspace data run, the system compares the contents of the attached glossary with the data extracted from different web pages, then converts it into preferred terms in the data result. When an extracted term is not found in the glossary, the system filters the extraction to exclude or replace that term in the data result."). The Glossary Manager uses computational analysis to process language data by using "preferred terms" and "synonyms" to filter and extract product characteristics from phrases. See Id.

**U.S. Patent No. 6,782,505**

"FIG. 6 is an example of the pattern dictionary 34 generated from the example generator 48. Each pattern $P_j$ consists of a sequence of HTML phonemes 40, $p_0, p_1 \ldots p_n$ and a set of corresponding weights $w_0, w_1 \ldots w_n$. A terminal $T_j$ for the context free grammar is assigned in one-to-one correspondence with each pattern in the pattern dictionary. The context free grammar represents the coarse structure and number of data values to be extracted from the semi-structured data source 34. Once the context-free grammar 52 and the pattern dictionary 50 have been generated in the training stage 26, they are passed to the acquisition engine 54. An example of such an engine can be found in Modification of Earley's Algorithm for Speech Recognition, NATO ASI Series, Vol. F46, Paeseler, Annedore (1988), which is incorporated by reference herein in its entirety" ('505 patent, col. 5, ll. 13-27).

One of ordinary skill in the art will recognize the use of context-free grammars and Earley's parsing algorithm as methods of computational linguistics.

The method of patent '505 includes decomposing the input into phrases and annotating those phrases with characteristics.

('505 patent, Fig. 4)

| Claim 15. The method of claim 1, wherein said networked computer environment is the Internet and said crawler is a Web crawler. | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"crawler" is defined by the court as: "a software program or programs which visit and search sources of content on a networked computer environment; have the capability to identify and gather information from the sources; and can include bots, robots, automated site searchers, and the like".<br><br>The Liaison Content Exchange product teaches using a crawler to read pages from a plurality of web sites, which comprises a networked computer environment including the Internet, and which crawler is a Web crawler.   Crawlers in the product include, and are not limited to, methods called *Drilldown*, *Include* and *Next*.<br><br>The use of the Internet can be seen, for example, in the use of the various United States Government Food and Drug Administration (FDA) sites in the tutorials in Chapters 11 "Using Drilldown Actions", 12 "Using Include Link Actions", and 13 "Using Next Link Actions".<br><br>Also see generally, e.g., Chapters 11 "Using Drilldown Actions", 12 "Using Include Link Actions", and 13 |

| | |
|---|---|
| | "Using Next Link Actions", showing the use of Drilldown and Next Link operations to visit multiple web pages and extract data.   See also, e.g., pp 270 -271.

"However, for some extraction projects, data spans a series of <u>web pages</u>.   To address this type of extraction, you must use several workspaces..." (emphasis added)
(Liaison Content Exchange 3.0 User's Guide, p. 269)

"The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is successfully extracted to the data result."
(Liaison Content Exchange 3.0 User's Guide, p. 269)

"For an include link, the system extracts values from the current workspace, then follows the link to the next page, just as it does for a drilldown link. However, if the expected values don't exist on the include link page, the system returns to the previous page to continue the extraction process. The extracted record appears in the data result with an empty field for the missing data."
(Liaison Content Exchange 3.0 User's Guide, p. 331) |
| **Claim 28** | |
| A computer architecture for effecting commerce in a networked environment comprising | Liaison Content Exchange could be integrated into a computer architecture for effecting commerce in a networked computer environment. *See e.g.,* Liaison Content Exchange 3.0 User's guide at 1 ("A common application [of Liaison Exchange] is the gathering of manufacturer product descriptions and specifications to populate a back-end database for an electronic catalog. Internet auction and retail sites can also use the system to gather and manage data.") |
| a client computer; a shopping server executing an agent server application, said shopping server including a memory device having a product database stored therein | The court defined shopping server as: "Server(s) remote from the merchant server(s)."

The Liaison products were sold and in active use by many customers in 2000-2002. Dell Computer Corporation, Lastminutetravel.com, and Contextworld are three customers who used these products and are still in business. Users of Lastminutetravel.com, *e.g.*, could use a client computer to access a e-commerce system to buy tickets.   Liaison's CE software and APIs could run on a shopping server which executed an agent server including a memory device having a product database therein.   *See e.g.,* Liaison Content Exchange 3.0 User's Guide at 1 ("To solve this problem, Liaison Content Exchange can be integrated into a business process to automatically extract, transform and deliver product and services information as usable, structured data."); see also *Id.* at 2 ("Liaison Content Exchange also provides an API for embedding the system as a component in your own product.") |
| a merchant server executing a commerce server application and being remote from said | The court defined "merchant server" as: Server(s), which may be one and the same as a manufacturing server, remote from the shopping server(s). |

| shopping server; | Liaison customers, such as Lastminutetravel.com implemented merchant servers with commerce server applications for effecting e-commerce. |
|---|---|
| a manufacturer server executing a commerce server application and being remote from said shopping server; | As defined by the court, the merchant server may be one and the same as the manufacturing server. Customers of Liaison, such as Lastminutetravel.com implemented manufacturer servers executing a commerce serve application. The commerce server applications facilitated the sale of products and services to users on the Internet. |
| and a communication channel coupling said shopping server to said merchant server and said manufacturer's server, and coupling said shopping server with said client computer; | An e-commerce system integrating the Liaison Content Exchange software and third party manufacturer or merchant servers would include an communications channel coupling the shopping server to the manufacturer's server or the merchants sever. A client computer would further be coupled by a communications channel to the shopping server.  *See e.g.,* Liaison Content Exchange 3.0 User's Guide at 1 ("To solve this problem, Liaison Content Exchange can be integrated into a business process to automatically extract, transform and deliver product and services information as usable, structured data."); see also *Id.* at 2 ("Liaison Content Exchange also provides an API for embedding the system as a component in your own product.") |
| wherein said shopping server is operative to provide a crawler for visiting a plurality of sources hosted on at least one of said merchant server and said manufacture's server | The Liaison CE software running on a shopping server is operative to provide a crawler for visiting a plurality of sources hosted on at least one of said merchant server and said manufacture's server. Liaison CE is configured to crawl multiple web sites and extract information from the web pages based on predefined page lists.  *Id.* at 45 ("...you're ready to gather links for the pages from which you want to extract data. To do this, you must return to the browse view to navigate to those pages, and then add each link to the list in the Pages tab."). Additional crawler features in the Liaison CE product include, and are not limited to, methods called Drilldown, Include and Next, which are software modules which visit and search sources of content on the Internet and have the capability to identify and gather information from the sources. *See e.g.,* Liaison Content Exchange 3.0 User's Guide at 269 ("The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is successfully extracted to the data result."); *see generally Id.*, Chps. 11-13; *see also e.g., Id.* Figs at 270-271.    The crawler feature in Liaison CE may be activated from a dedicated server machine where multiple workspace operations can be run simultaneously to visit multiple sources on the Internet to extract data.   *Id.* at 495 ("To begin configuring Content Exchange for multiple users, install Content Exchange on a dedicated server machine."). |
| to aggregate product information from said plurality of sources regarding products of a product category, to gather product phrase information from said | Liaison CE is designed to aggregate product information from the plurality of sources and to gather phrase information from the sources which includes product characteristics associated with a product category.

The court has defined product characteristic as "some attribute of a product that can be used to distinguish it from other products, such as the function, relation, quality, quantity, purpose, material, format, structure, or effect produced." |

| | |
|---|---|
| plurality of sources, and to determine whether at least one of said product phrase information is a product characteristic associated with a product category | The schema builder in Liaison CE is configured to search for product characteristics associated with a product category.  *See generally, Id.,* Chp. 4 and *e.g.*, at 68 (schema builder for printer product category is configured to extract product characteristics such as manufacturer name, model, resolution and speed, *i.e.*, attributes of the product which distinguish it from other products).   Also the Glossary Manager function of Liaison CE has the ability to determine whether product phrase information is a product characteristic associated with a product category.  *See generally, Id.*, Chp. 14, *e.g.*, at 395 ("if you apply the Remote Control glossary as an attribute to the format now, the system restricts the extracted values to the terms Standard and Universal only and ignores any other terms it encounters during the extraction process.").   In this example, the Glossary Manager has been configured to search and extract attributes for "Standard" and "Universal" Remotes, which under the Court's construction, are attributes of a product which can distinguish it from other products in the category. The Glossary Manager may also be used to normalize the search results by replacing variations in data with the preferred term by using synonyms (*e.g.*, "std" and "uni" can be specified as synonyms to find variations in "Standard" or "Universal", but the preferred terms "Standard" and "Universal" will be used in the data result.). *See Id.* at 388.   This additional functionality allows Liaison CE to determine whether phrase information on a web page is a product characteristic associated with a product category. |
| Claim 29. The computer architecture of claim 28, wherein said crawler is operative to gather product phrase information from each of the plurality of sources utilizing computational linguistics. | Liaison Content Exchange 3.0 is made to facilitate the implementation of the computer architecture of claim 28, wherein said crawler is operative to gather product phrase information from each of the plurality of sources utilizing computational linguistics.<br><br>"crawler" is defined by the court as: "a software program or programs which visit and search sources of content on a networked computer environment; have the capability to identify and gather information from the sources; and can include bots, robots, automated site searchers, and the like".<br><br>"phrase" is defined by agreement as: "A string of characters, such as an alpha-numeric character string or strings present in a source".<br><br>"source" is defined by agreement as: "A webpage or other document that may be defined by a URL, or text, graphics, or links within such webpage or other document".<br><br>"computational linguistics" is defined by agreement as: "A cross-disciplinary field of modeling of language utilizing computational analysis to process language data".<br><br>The workspace extraction process of Liaison CE uses computational linguistics by applying computational analysis to process language data corresponding to attributes of products.   *See Id., generally,* Chp. 4 (using |

Schema to define product attributes); *e.g., see Id.* at 60 ("A result schema is a data model of the extracted result. The system extracts data and matches it to the attributes in the result schema."); see also *Id.* at 30 ("the mapping properties for each attribute lists the keywords and values you mapped.").   The schema defines product characteristics such as the price, manufacturer, item number, description, etc. *Id.*   Computational analysis is performed in extracting the selected product attributes from the web pages using pre-defined schemas.   *See Id.* at 61.

As discussed above, another example of using computational linguistics to gather product phrase information, including characteristics of the phrase is through use of the Glossary Manager in Liaison CE.   *See Id., generally* Chp. 14, e.g., at 387 ("During a workspace data run, the system compares the contents of the attached glossary with the data extracted from different web pages, then converts it into preferred terms in the data result. When an extracted term is not found in the glossary, the system filters the extraction to exclude or replace that term in the data result."). The Glossary Manager uses computational analysis to process language data by using "preferred terms" and "synonyms" to filter and extract product characteristics from phrases. *See Id*

Liaison Content Exchange 3.0 is operative with a plurality of sources, as seen for example both in Chapters 10, 11, and 12, as well as in Chapter 15 "Managing Workspaces" at, for example, p. 451, showing the capability to select one or more workspaces for scheduling.

Liaison Content Exchange 3.0 does so using, among other techniques, computational linguistics, as shown for example in Chapter 9 "Extracting Data from HTML forms"

The above citations also show Liaison Content Exchange 3.0 operating to gather product phrase information.

"The patent-pending Adaptive Content Recognition, or ACR, algorithm adapts to simple web site changes and effectively maintains availability and reliability of your data feeds."
(This is a reference to the below-mentioned pending patent, US 6,782,505)
(Liaison Content Exchange 3.0 User's Guide, p. xv)

**U.S. Patent No. 6,782,505**

"FIG. 6 is an example of the pattern dictionary 34 generated from the example generator 48. Each pattern $P_j$ consists of a sequence of HTML phonemes 40, $p_0$, $p_1$ . . . $p_n$ and a set of corresponding weights $w_0$, $w_1$ . . . $w_n$. A terminal $T_j$ for the context free grammar is assigned in one-to-one correspondence with each pattern in the pattern dictionary. The context free grammar represents the coarse structure and number of data values to be

extracted from the semi-structured data source 34. Once the context-free grammar 52 and the pattern dictionary 50 have been generated in the training stage 26, they are passed to the acquisition engine 54. An example of such an engine can be found in Modification of Earley's Algorithm for Speech Recognition, NATO ASI Series, Vol. F46, Paeseler, Annedore (1988), which is incorporated by reference herein in its entirety" ('505 patent, col. 5, ll. 13-27).

One of ordinary skill in the art will recognize the use of context-free grammars and Earley's parsing algorithm as methods of computational linguistics.

The method of patent '505 includes decomposing the input into phrases and annotating those phrases with characteristics.



FIG.4

('505 patent, Fig. 4)

| Claim 36. The computer architecture of claim 28, | **Liaison Content Exchange 3.0 User's Guide, 2001** |
|---|---|

| | |
|---|---|
| further comprising a product property database for storing said product phrase information determined to be a product characteristic. | "product characteristics" is defined by agreement as: "Some attribute of a product that can be used to distinguish it from other products, such as the function, relation, quality, quantity, purpose, material, format, structure, or effect produced".<br><br>Liaison Content Exchange 3.0 is made to facilitate the implementation of the computer architecture of claim 28, further comprising a product property database for storing said product phrase information determined to be a product characteristic.<br><br>"Use of the system depends on your particular needs. A common application is the gathering of manufacturer product descriptions and specifications to populate a back-end database for an electronic catalog. Internet auction and retail sites can also use the system to gather and manage data." (Liaison Content Exchange 3.0 User's Guide, p. 1)<br><br>"A workspace combines a schema with a list of content pages that serve as data sources. Each time the workspace runs, it downloads and extracts current content based on the values you've mapped, converts it into consistent, structured data, and delivers it to your business database." (Liaison Content Exchange 3.0 User's Guide, p. 2)<br><br>"The first step in extracting data is to create a schema for a target that will receive the data result. The target can be a database, a spreadsheet application, an e-catalog, or a web-based system. The result schema models the hierarchy of data against which to map the acquired content." (Liaison Content Exchange 3.0 User's Guide, p. 9)<br><br>*see Id.* at 60 ("A result schema is a data model of the extracted result. The system extracts data and matches it to the attributes in the result schema."); *see also Id.* at 30 ("the mapping properties for each attribute lists the keywords and values you mapped.").   The schema defines product characteristics such as the price, manufacturer, item number, description, etc. *Id.* |
| Claim 38. The computer architecture of claim 28, wherein said communication channel includes the Internet and said crawler is a Web crawler. | **Liaison Content Exchange 3.0 User's Guide, 2001**<br><br>"crawler" is defined by the court as: "a software program or programs which visit and search sources of content on a networked computer environment; have the capability to identify and gather information from the sources; and can include bots, robots, automated site searchers, and the like".<br><br>Liaison Content Exchange 3.0 is made to facilitate the implementation of the computer architecture of claim 28, wherein said communication channel includes the Internet and said crawler is a Web crawler. |

| | |
|---|---|
| | In normal operation, the Liaison CE software operates in a networked computer environment on the Internet and utilizes a Web crawler.  *See e.g., Id.,* at 269, Chp. 11 ("for some extraction projects, data spans a series of <u>web pages</u>.   To address this type of extraction, you must use several workspaces...") (emphasis added). The drilldown actions operate on web pages on the Internet, and utilize Web crawlers which visit and search sources of content on the Internet and have the capability to identify and gather information from the sources. *See e.g., Id.* at Chps. 11-13 (using Drilldown and Next Link operations to visit multiple web pages and extract data); see also, e.g., *Id.* at 270-271.<br><br>The Liaison Content Exchange product teaches using a crawler to read pages from a plurality of web sites. Web Crawlers in the product include, and are not limited to, methods called *Drilldown*, *Include* and *Next*.<br><br>"The drilldown action activates the link to the next web page and starts its workspace run. Each workspace passes extracted data to the next, until all content is successfully extracted to the data result."<br>(Liaison Content Exchange 3.0 User's Guide, p. 269)<br><br>"For an include link, the system extracts values from the current workspace, then follows the link to the next page, just as it does for a drilldown link. However, if the expected values don't exist on the include link page, the system returns to the previous page to continue the extraction process. The extracted record appears in the data result with an empty field for the missing data."<br>(Liaison Content Exchange 3.0 User's Guide, p. 331) |

20204092.1