**WINSTON & STRAWN LLP**
Glenn E. Westreich (SBN: 100457)
gwestreich@winston.com
Patrick T. Michael (SBN: 169745)
pmichael@winston.com
Marcus T. Hall (SBN: 206495)
mthall@winston.com
Laura K. Carter (SBN: 244956)
lcarter@winston.com
101 California Street  Suite 3900
San Francisco, California  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff/Counter-Defendant
CNET NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNET NETWORKS, INC.<br><br>          Plaintiff<br><br>     vs.<br><br>ETILIZE, INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.:  C 06-05378 MHP<br><br>**PLAINTIFF CNET NETWORKS, INC.'S OPPOSITION TO DEFENDANT ETILIZE, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT** |

Pursuant to Civil Local Rule 7-11(b), Plaintiff CNET Networks, Inc. ("CNET") hereby opposes Etilize, Inc.'s ("Etilize") motion for administrative relief to file a supplemental brief in support of its motion for summary judgment of non-infringement. This Court ordered Etilize's motion submitted at the hearing on Defendant's Motion for Summary Judgment on August 11, 2008. Etilize's request to file a supplemental brief, if granted, would unfairly prejudice CNET by allowing Etilize to place new information and argument before this Court. Accordingly, Etilize's request should be denied.

Etilize has taken every opportunity during the pendency of its motion for summary judgment of non-infringement to provide the Court with information that should have been submitted with its original motion. First, in its reply brief, Etilize included new information, including the Declaration of Ben Christensen, which directly contradicted Etilize's document production and the testimony of its witnesses during fact discovery.

Second, Etilize also filed an untimely, fifteen page Opposition to CNET's Objections to the Christensen Declaration after the submission of the motion for summary judgment by this Court and without requesting leave to file any such briefing. Further, Etilize Opposition to CNET's Objection is largely argument and re-argument concerning matters submitted by the Court, and includes new information which should have been submitted by Etilize in its opening briefing.[1] Etilize's attempts to add new information to its motion for summary judgment of non-infringement is unabashed.

Now, Etilize has filed its present Motion for Administrative Relief to Submit a Supplemental Brief. Etilize alleges that "good cause" exists to allow Etilize to supplement its papers because it now has CNET's expert report rebutting Etilize's report regarding invalidity. When it filed its motion for summary judgment of non-infringement, however, Etilize knew of the present scheduling order. Without regard for the fact that expert reports would not be completed, Etilize filed its motion

---

[1] One example is Etilize's inclusion of excerpts from the rebuttal expert report of Dr. Miranker regarding infringement. (Etilize's Opposition to Christensen Declaration, 8:4-7, Khaliq Decl., Ex. I). Etilize contends that Dr. Miranker has confirmed the "facts" in the Christensen declaration, providing authentication or foundation to Mr. Christensen's declaration. This, however, is just another blatant attempt by Etilize to put new information in front of the Court, and unfairly prejudice CNET's ability to oppose Etilize's motion for summary judgment.

CNET NETWORKS, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT
CASE NO. C06-05378 MHP

SF:213818.1

anyway.

Etilize cannot now be allowed to latch on to later made statements in Mr. Gray's expert rebuttal report to Etilize's report on invalidity and attempt to supplement its briefing based on such statements (particularly when those statements concern validity and not infringement).  To allow such delayed and continuous briefing would unfairly prejudice CNET in its ability to oppose the motion for summary judgment, as well as its ability to prepare for trial in this action.  Further briefing should not be allowed, and Etilize's motion should be denied.[2]

Dated:  August 19, 2008

Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/ Laura K. Carter
Glenn E. Westreich
Patrick T. Michael
Marcus T. Hall
Laura K. Carter

ATTORNEYS FOR PLAINTIFF & COUNTER-DEFENDANT CNET NETWORKS, INC.

---

[2] CNET also disagrees with the substance of Etilize's proposed Supplemental Brief.  Should the Court grant Etilize's motion for administrative relief, CNET requests an opportunity to file a Supplemental Opposition.

CNET NETWORKS, INC.'S OPPOSITION TO DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT
CASE NO. C06-05378 MHP

SF:213818.1

**PROOF OF SERVICE**

**CASE NAME:** *CNET Networks, Inc. v. Etilize, Inc.*
**COURT:** U.S. District Court, N.D. California (San Francisco Division)
**CASE NO.:** C 06-5378 MHP
**W&S FILE NO.:** 250328.00003

I, the undersigned, certify that I am a resident of the State of California, that I am over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, Suite 3900, San Francisco, CA 94111-5894.

On **August 19, 2008**, I served the following document(s):

> **PLAINTIFF CNET NETWORKS, INC.'S OPPOSITION TO DEFENDANT ETILIZE, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGMENT**

on *Defendant and Counterclaimant Etilize, Inc.*, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**X** : By First-Class Mail – I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee(s) following ordinary business practices.

___: By Personal Service – I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee(s).

___: By Overnight Courier – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee(s) on the next business day.

___: By Facsimile – From facsimile number (415) 591-1400 at no later than 5:00 p.m., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

___: By Electronic Delivery – I caused each such electronic copy to be sent from the offices of Winston & Strawn LLP, San Francisco, California to the electronic mailing address of the addressee(s).

Addressee(s):

**PLEASE SEE SERVICE LIST ATTACHED HERETO.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **August 19, 2008**, at San Francisco, California.

                                                                /s/Tapa E. Tualaulelei
                                                                     Tapa E. Tualaulelei

**SERVICE LIST**
*CNET Networks, Inc. v. Etilize, Inc.*
U.S.D.C., Northern District of California; Case No. C06-5378 (MHP)

**Attorneys for Defendant and Counterclaimant ETILIZE, INC.:**

J. Bruce McCubbrey, Esq.
Jerrold F. Pertuzzelli, Esq.
Imran Khaliq, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA  94304-1006
Telephone No.:  (650) 812-1300
Facsimile No.:  (650) 213-0260
E-Mail:  bmccubbrey@manatt.com
E-Mail:  jpertuzzelli@manatt.com
E-Mail:  ikhaliq@manatt.com

Michelle Gillette, Esq.
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111-3719
Telephone No.:  (415) 291-7400
Facsimile No.:  (415) 291-7474
E-Mail:  mgillette@manatt.com

-4-

PROOF OF SERVICE