MANATT, PHELPS & PHILLIPS, LLP
J. BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
JERROLD F. PETRUZZELLI (Bar No. CA 077748)
E-mail: jpetruzzelli@manatt.com
MICHELLE GILLETTE (Bar No. CA 178734)
E-mail: mgillette@manatt.com
IMRAN KHALIQ (Bar No. CA 232607)
E-mail: ikhaliq@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Defendant
ETILIZE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CNET NETWORKS, INC., | Case No. C 06 5378 (MHP) |
| Plaintiff, | **WITHDRAWAL OF APPEARANCE** |
| vs. | |
| ETILIZE, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

PLEASE TAKE NOTICE THAT Omair M. Farooqui is no longer affiliated with Manatt, Phelps & Phillips, LLP and as such, the firm hereby withdraws his appearance in the above-captioned matter.  The undersigned respectfully request that Mr. Farooqui's name be removed from the Court's and counsel's service lists.

| | |
|---|---|
| Dated: August 14, 2008 | MANATT, PHELPS & PHILLIPS, LLP |
| | By: /s/ Michelle Gillette |
| | J. Bruce McCubbrey |
| | Michelle Gillette |
| | Imran Khaliq |
| | *Attorneys for Defendant and Counterclaimant* |
| | ETILIZE, INC. |

SO ORDERED, 8/19/2008

_____
The Hon. Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

90023169.1