**WINSTON & STRAWN LLP**
Glenn E. Westreich (SBN: 100457)
gwestreich@winston.com
Patrick T. Michael (SBN: 169745)
pmichael@winston.com
Marcus T. Hall (SBN: 206495)
mthall@winston.com
Laura K. Carter (SBN: 244956)
lcarter@winston.com
101 California Street  Suite 3900
San Francisco, California  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff/Counter-Defendant
CNET NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| CNET NETWORKS, INC. | Case No.: C 06-05378 |
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER ACCELERATING HEARING DATE AND DEADLINES RE PLAINTIFF CNET NETWORKS, INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER (CIV. L. R. 6-2)** |
| vs. | |
| ETILIZE, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

DENIED
Judge Marilyn H. Patel

WHEREAS, Plaintiff CNET Networks, Inc. ("Plaintiff" or "CNET") intends to file its opening brief to Modify the Protective Order on September 24, 2008;

WHEREAS, pursuant to the Court's hearing schedule, the next available hearing date for a regularly noticed motion pursuant to the local rules is November 17, 2008;

WHEREAS, the Court's hearing schedule indicates the Court is available to hear motions on October 20, 2008;

WHEREAS, the parties have agreed to an October 20, 2008 hearing date and shortened briefing

1

1 schedule;

2   WHEREAS, the parties have agreed to the following briefing schedule and hearing date, pending
3 the Court's approval:

4 - Opening Brief:             September 24, 2008
5 - Etilize's Opposition:      October 8, 2008
6 - No Reply
7 - Hearing Date:              October 20, 2008

8   WHEREAS, the parties have previously stipulated to and the Court has ordered previous time
9 modifications as set forth below:

10 - Continuation of the Case Management dates set forth in the Court's Order Setting Initial Case
11   Management Conference and ADR Deadlines;
12 - Extension of time to complete ADR mediation;
13 - Adoption of the schedule set forth in the Supplemental Case Management Order;
14 - Adoption of the schedule set forth in the Stipulation to modify the dates set forth in the
15   Supplemental Case Management Order; and
16 - Extending the briefing schedule and hearing date for Etilize's Motion for Summary Judgment
17   of Non-Infringement.

18   WHEREAS, the requested acceleration of time will not affect the Case Management Schedule;

19   IT IS THEREFORE HEREBY STIPULATED AND AGREED that all deadlines with respect to
20 further briefing and the hearing date on Plaintiff's Motion to Modify the Protective Order are accelerated
21 as follows:

22   1.   CNET will file its opening brief to Modify the Protective Order on September 24, 2008.
23   2.   The time for Etilize to file its opposition to CNET's Motion to Modify the Protective
24 Order is October 8, 2008.

25 / / /
26 / / /
27 / / /
28 / / /

2

STIPULATION AND [PROPOSED] ORDER ACCELERATING HEARING DATE AND DEADLINES RE PLAINTIFF CNET NETWORKS, INC.'S MOTION TO MODIFY PROTECTIVE ORDER; CASE NO. C06-05378 MHP

3.    CNET will not file a brief in reply to Etilize's opposition.

4.    The hearing date regarding CNET's Motion to Modify the Protective Order is October 20, 2008.

Dated:  September 24, 2008                                Respectfully submitted,

                                                  WINSTON & STRAWN LLP

                                     By:    /s/ Patrick T. Michael
                                                Glenn E. Westreich
                                                Patrick T. Michael
                                                Marcus T. Hall
                                                Laura K. Carter

                                                Attorneys for Plaintiff and Counter-Defendant
                                                CNET Networks, Inc.

Dated:  September 24, 2008                                MANATT, PHELPS & PHILLIPS, LLP

                                                By:    /s/ Michelle Gillette
                                                J. Bruce McCubbrey
                                                Michelle Gillette
                                                Imran Khaliq

                                                Attorneys for Defendant and Counter-Plaintiff
                                                Etilize, Inc.

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Patrick T. Michael, hereby attests that concurrence in the filing of this document has been obtained.*

**Pursuant to Stipulation, IT IS SO ORDERED.**

Dated:  _____                                  _____
                                                                                  The Hon. Marilyn H. Patel
                                                                                  United States District Judge

3

## PROOF OF SERVICE

**CASE NAME:**   *CNET Networks, Inc. v. Etilize, Inc.*
**COURT:**       U.S. District Court, N.D. California (San Francisco Division)
**CASE NO.:**    C 06-5378 MHP
**W&S FILE NO.:** 250328.00003

I, the undersigned, certify that I am a resident of the State of California, that I am over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, Suite 3900, San Francisco, CA 94111-5894.

On **September 24, 2008**, I served the following document(s):

> **STIPULATION AND [PROPOSED] ORDER ACCELERATING HEARING DATE AND DEADLINES RE PLAINTIFF CNET NETWORKS, INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER (CIV. L. R. 6-2)**

on *Defendant and Counterclaimant Etilize, Inc.*, through their attorneys of record, by placing a true copy thereof by the following means of service:

__:     By First-Class Mail – I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee(s) following ordinary business practices.

__:     By Personal Service – I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee(s).

__:     By Overnight Courier – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee(s) on the next business day.

__:     By Facsimile – From facsimile number (415) 591-1400 at no later than 5:00 p.m., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

**X**:     By Electronic Delivery – I caused each such electronic copy to be sent from the offices of Winston & Strawn LLP, San Francisco, California to the electronic mailing address of the addressee(s).

Addressee(s):

**PLEASE SEE SERVICE LIST ATTACHED HERETO.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **September 24, 2008**, at San Francisco, California.

                    /s/ Tapa E. Tualaulelei
                    Tapa E. Tualaulelei

4

STIPULATION AND [PROPOSED] ORDER ACCELERATING HEARING DATE AND DEADLINES RE PLAINTIFF CNET NETWORKS, INC.'S MOTION TO MODIFY PROTECTIVE ORDER; CASE NO. C06-05378 MHP

**SERVICE LIST**
*CNET Networks, Inc. v. Etilize, Inc.*
U.S.D.C., Northern District of California; Case No. C06-5378 (MHP)

**Attorneys for Defendant and Counterclaimant ETILIZE, INC.:**

J. Bruce McCubbrey, Esq.
Imran Khaliq, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA  94304-1006
Telephone No.:  (650) 812-1300
Facsimile No.:  (650) 213-0260
E-Mail:  bmccubbrey@manatt.com
E-Mail:  ikhaliq@manatt.com

Michelle Gillette, Esq.
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111-3719
Telephone No.:  (415) 291-7400
Facsimile No.:  (415) 291-7474
E-Mail:  mgillette@manatt.com