MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
J. BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
IMRAN KHALIQ (Bar No. CA 232607)
E-mail: ikhaliq@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant & Counterclaimant*
ETILIZE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CBS INTERACTIVE INC.,<br>Plaintiff,<br>vs.<br>ETILIZE, INC.,<br>Defendant. | Case No. C 06-5378 (MHP)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO MOTIONS *IN LIMINE* FROM JANUARY 10, 2009 TO JANUARY 12, 2009**<br><br>**CIVIL L.R. 6-2 AND 7-12** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff CBS Interactive Inc. ("CBSi") and Defendant Etilize, Inc. ("Etilize"), through their counsel of record, stipulate as follows:

WHEREAS, on April 30, 2008 the Court entered a Stipulation And Order Modifying The Schedule Set Forth In The Joint Case Management Order (*See* Docket No. 86) ("April 2008 Scheduling Order"); and

WHEREAS, the April 2008 Scheduling Order is the only previous modification of the case schedule relating to the present matter; and

WHEREAS, the April 2008 Scheduling Order did not modify the originally scheduled dates for the Pretrial Conference, set for approximately February 6, 2009, and for the Trial, set to begin approximately February 16, 2009 (*see* April 2008 Scheduling Order, pp. 2-4); and

WHEREAS, the April 2008 Scheduling Order provides, *inter alia*, that the last day to file oppositions to motions *in limine* is January 10, 2009, which falls on a Saturday (*see* April 2008 Scheduling Order, p. 3); and

WHEREAS, the Court's CM/ECF Systems Administrator has advised that the Court's ECF system will be completely offline for routine maintenance from 9 p.m. Friday, January 9, to 5 p.m. Sunday, January 11, 2009; and

WHEREAS, the parties have met and conferred and agreed that the last day to file oppositions to motions *in limine* should be continued until the next business day following the originally scheduled date due to the fact that the same is a Saturday and the Court's ECF system will be offline for routine maintenance; and

WHEREAS, continuance of the last day to file oppositions to motions *in limine* as requested herein will not affect the previously scheduled dates for the Pretrial Conference, Trial or any other dates in the April 2008 Scheduling Order;

NOW, THEREFORE, the parties respectfully submit this Stipulation And [Proposed] Order Modifying Date For Filing Oppositions To Motions *In Limine* and request the Court to enter an Order that the last day to file oppositions to motions *in limine* **is continued from January 10, 2009 to January 12, 2009**.

///

///

///

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated: January 6, 2009

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Shawn G. Hansen
Robert D. Becker
J. Bruce McCubbrey
Shawn G. Hansen
Imran Khaliq
*Attorneys for Defendant & Counterclaimant*
ETILIZE, INC.

WINSTON & STRAWN LLP

By: /s/ Patrick T. Michael
Glenn E. Westreich
Patrick T. Michael
Marcus T. Hall
Laura K. Carter
*Attorneys for Plaintiff & Counterclaim Defendant*
CBS INTERACTIVE INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Shawn G. Hansen hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 1/7/2009

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

The Ho
United

20211670.1