MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
J. BRUCE MCCUBBREY (Bar No. CA 038817)
E-mail: bmccubbrey@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
IMRAN KHALIQ (Bar No. CA 232607)
E-mail: ikhaliq@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant & Counterclaimant*
ETILIZE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS INTERACTIVE INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ETILIZE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 06-5378 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING PRETRIAL CONFERENCE STATEMENT FROM JANUARY 23, 2009 TO JANUARY 27, 2009 TO FACILITATE INFORMAL RESOLUTION OF EVIDENTIARY DISPUTES**<br><br>**CIVIL L.R. 6-2 AND 7-12** |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff CBS Interactive Inc. ("CBSi") and Defendant Etilize, Inc. ("Etilize"), through their counsel of record, stipulate as follows:

WHEREAS, on April 30, 2008 the Court entered a Stipulation And Order Modifying The Schedule Set Forth In The Joint Case Management Order (*See* Docket No. 86) ("April 2008 Scheduling Order"); and

WHEREAS, the April 2008 Scheduling Order is the only previous modification of the case schedule relating to the present matter; and

1    WHEREAS, the April 2008 Scheduling Order did not modify the originally scheduled

2 dates for the Pretrial Conference, set for approximately February 6, 2009, and for the Trial, set to

3 begin approximately February 16, 2009 (*see* April 2008 Scheduling Order, pp. 2-4); and

4    WHEREAS, the April 2008 Scheduling Order provides, *inter alia*, that the last day to file

5 the Pretrial Conference statement is January 23, 2009; and

6    WHEREAS, in preparation for filing the Pretrial Conference statement, and in accordance

7 with the Trial Requirements document provided to both parties by the Court's clerk, the parties

8 have exchanged witness lists, exhibit lists and objections thereto, deposition designations and

9 objections and counter-designations thereto, and proposed jury instructions, and have met and

10 conferred in an effort to resolve evidentiary matters before the pretrial conference; and

11    WHEREAS, the parties have made substantial progress toward reducing the number of

12 unresolved disputes for the Court to decide and believe that the additional time requested herein

13 will facilitate further reduction in the number of unresolved disputes to be presented in the

14 Pretrial Conference statement;

15    WHEREAS, continuing the date for filing the Pretrial Conference statement as requested

16 herein will not change the previously scheduled dates for the Pretrial Conference, Trial or any

17 other dates in the April 2008 Scheduling Order;

18    NOW, THEREFORE, the parties respectfully submit this Stipulation And [Proposed]

19 Order Modifying Date For Filing Pretrial Conference Statement and request the Court to enter an

20 Order that the last day to file the Pretrial Conference statement **is continued from January 23,**

21 **2009 to January 27, 2009**.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

- 2 -    STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE FOR FILING PRETRIAL CONFERENCE
STATEMENT - CASE NO. C 06-5378

**IT IS SO STIPULATED.**

Dated: January 22, 2009

| MANATT, PHELPS & PHILLIPS, LLP | WINSTON & STRAWN LLP |
|---|---|
| By: /s/ Shawn G. Hansen<br>Robert D. Becker<br>J. Bruce McCubbrey<br>Shawn G. Hansen<br>Imran Khaliq<br>*Attorneys for Defendant &*<br>*Counterclaimant*<br>ETILIZE, INC. | By: /s/ Patrick T. Michael<br>Glenn E. Westreich<br>Patrick T. Michael<br>Marcus T. Hall<br>Laura K. Carter<br>*Attorneys for Plaintiff &*<br>*Counterclaim Defendant*<br>CBS INTERACTIVE INC. |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Shawn G. Hansen hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 1/23/2009

_____
The [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]
United [signature]

20212383.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATE FOR FILING PRETRIAL CONFERENCE
STATEMENT - CASE NO. C 06-5378