**WINSTON & STRAWN LLP**
Glenn E. Westreich (SBN: 100457)
gwestreich@winston.com
Patrick T. Michael (SBN: 169745)
pmichael@winston.com
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Plaintiff & Counterdefendant
CBS INTERACTIVE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CBS INTERACTIVE INC., <br><br> Plaintiff, <br><br> vs. <br><br> ETILIZE, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 06-05378 (MHP) <br><br> **STIPULATED INJUNCTION AND ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS** |

This Stipulated Injunction and Order Dismissing All Claims and Counterclaims ("Order") is ordered by the Court as of the date indicated below and is consented to by Plaintiff/Counterdefendant CBS Interactive Inc. ("CBS Interactive") and Defendant/Counterclaimant Etilize, Inc. ("Etilize").

WHEREAS, on or about August 31, 2006, CBS Interactive filed an action in the United States District Court for the Northern District of California (the "Court") asserting claims for infringement of U.S. Patent Nos. 6,714,933 (the "'933 Patent") and 7,082,426 (the "'426 Patent") against Etilize, entitled CBS Interactive Inc. v. Etilize, Inc., Case No. C-06-5378;

WHEREAS Etilize's First Amended Answer and Counterclaims alleges counterclaims for declaratory judgment of invalidity, unenforceability, and noninfringement of the patents-in-suit, violation of Section 2 of the Sherman Act, intentional interference with prospective economic advantage, negligent interference with prospective economic advantage, and unfair competition under California Business & Professions Code § 17200.  The claims and counterclaims are collectively referred to as "the Lawsuit";

WHEREAS, this Court has jurisdiction over this Lawsuit pursuant to 28 U.S.C. §§ 1331 and 1338;

WHEREAS Etilize and CBS Interactive wish to resolve all claims and counterclaims that were asserted by either party in the Lawsuit;

WHEREAS the parties agree to waive all findings of fact and conclusions of law for the purposes of entry of this Order;

NOW, THEREFORE, the parties to this Lawsuit hereby stipulate to dismiss this Lawsuit with prejudice as follows based on a confidential settlement agreement between the parties that has been fully executed.

Based on this stipulation, the Court hereby ORDERS as follows:

1. This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter jurisdiction and personal jurisdiction for the purposes of construing or enforcing the terms of this Order for resolving any dispute arising thereunder.

2. CBS Interactive is the owner by assignment of the entire right, title and interest in and United States Patent Nos. 6,714,933 and 7,082,426.

3. Etilize and its officers, agents, servants and employees and all other persons in active concert or participation with them who receive actual notice of the Order by personal service or otherwise are hereby restrained and enjoined for the life of Claim 1 of the '933 patent from the further making of products using aQuire in combination with Xtract or the further importation into the United States of products made using aQuire in combination with Xtract, provided, however, Etilize shall not be enjoined from importing data, records or products that

were made using aQuire in combination with Xtract prior to the date of this Order.

4. No appeals shall be taken from this Order, and the parties waive all right to appeal.

5. This Order shall finally conclude and dispose of this Lawsuit and all claims and counterclaims of all parties, which are hereby dismissed with prejudice.

6. The parties shall bear their own attorneys' fees and costs.

Dated: May 8, 2009

WINSTON & STRAWN LLP

By: _____
Glenn E. Westreich
Patrick T. Michael

Attorneys for Plaintiff and
Counter-Defendant
CBS INTERACTIVE INC.

Dated: May 8, 2009

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Robert D. Becker
Shawn G. Hansen

Attorneys For Defendant and
Counterclaimant ETILIZE, INC.

**IT IS SO ORDERED AND DECREED.**

DATED: 5/14/2009

The Honorable M___
Uni___



3

CONSENT JUDGMENT AND PERMANENT INJUNCTION; Case No. C 06-05378 (MHP)